

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Miss Catherine Lyne Barnhill
County Attorney
Bee County
Beeville, Texas

Dear Miss Barnhill:      Opinion No. O-6112

               Re: Would a person who has been adjudged insane and committed to a hospital be permitted to vote?

Your letter of July 10, 1944, requesting an opinion as to whether a person, who has been adjudged of unsound mind, and committed to an institution, is qualified to receive an absentee ballot and vote.

We agree with your opinion to the effect that a person who has been convicted of insanity is not, under the Constitution of this State, entitled to vote. In fact, Article 6, Section 1, of the Constitution referred to by you absolutely prohibits insane persons from voting.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

GWB-MR

APPROVED
OPINION
COMMITTEE
BY

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT